# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Joseph Zappia, make this declaration pursuant to 15 U.S.C. § 78u-4(a)(2)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a class action complaint under the Exchange Act ("Complaint") against Morphic Holding, Inc. ("MORF") and other defendants and authorize the filing of the Complaint on my behalf.

3. I did not purchase or acquire MORF securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Exchange Act.

4. I am willing to serve as a representative party on behalf of the Class specified in the Complaint, including providing testimony at deposition and trial, if necessary.

5. The attached sheet lists all of my transactions in MORF securities that are the subject of the Complaint during the Class Period specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the Exchange Act except that: (i) I was appointed to serve as lead plaintiff in a case under the Exchange Act in *Zappia v. Myovant Sciences Ltd. et al*. 1:23-cv-08097-JSR (S.D.N.Y.); and (ii) filed complaints under the Exchange Act on behalf of purported classes in *Zappia v. Fiesta Restaurant Group, Inc. et al*. 1:23-cv-08524-JLR (S.D.N.Y.) and *Zappia v. GAN Limited et al.* 1:24-cv-00032-JPC (S.D.N.Y.).

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**  7/24/2024
    **(Date)**

*DocuSigned by:*
*Joe Zappia*
CAAA350B64614D9...
**(Signature)**

Joseph Zappia
**(Type or Print Name)**

## SUMMARY OF TRANSACTIONS

| DATE | TYPE | NO. OF SHARES | PRICE PER SHARE |
|------|------|---------------|-----------------|
| 7/8/24 | Purchase | 3 | $55.76 |
| 7/9/24 | Purchase | 3 | $55.61 |